# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MOZART NOEL,

    Petitioner,

v.                                   CASE NO. 4:13-cv-249-MW/CAS

SHERIFF CHARLES CREEL,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.17, filed July 8, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The amended §2241 petition filed by Mozart Emmanuel Noel, ECF No. 15, is **DISMISSED** as prematurely filed, Petitioner having failed to demonstrate that he was entitled to relief pursuant to *Zadvydas v. Davis, 533 U.S. 678, 121 S. Ct. 2491, 150 L.Ed 2d 653 (2001),* and

because mandatory detention without a bond hearing is authorized under §1226(c) and *Demore v. Kim, 538 U.S. 510, 513, 123 S.Ct. 1708, 1712 (2003).*"

The Court would note that Petitioner has failed to keep the Court informed of his location as evidenced by returned mail to the Clerk.

The Clerk shall close the file.

**SO ORDERED on August 8, 2013.**

**s/Mark E. Walker**
**United States District Judge**
